IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOL FINANCE COMPANY, | ) | NO. 09-CV-3224 |
| | ) | Judge Kopf |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT P. JOHNSON and KERI J. MALOLEY, Individually and d/b/a PAUL JOHNSON & SONS CATTLE CO., INC., JOHN DOE, ABC COMPANY, and FIRST NATIONAL BANK OF OMAHA, | ) ) ) ) ) | |
| | ) | STIPULATION REGARDING |
| Defendants | ) | FIRST NATIONAL BANK OF |
| | ) | OMAHA'S MOTION OR |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | ) | SUGGESTION TO DISMISS |
| | ) | PURPORTED CROSS-CLAIM FOR |
| PAUL JOHNSON & SONS CATTLE CO., INC., | ) ) | LACK OF SUBJECT MATTER JURISDICTION OR, IN THE |
| | ) | ALTERNATIVE, FOR LEAVE TO |
| Third-Party Plaintiff, | ) | FILE ANSWER |
| | ) | |
| vs. | ) | |
| | ) | |
| MAVERICK FEEDERS, INC., a South Dakota corporation, SHON SAWYER and JULIE SAWYER, husband and wife, | ) ) ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| | ) | |

     First National Bank of Omaha ("FNBO") and Maverick Feeders, Inc., by and through their respective counsel, stipulate that within two business days after approval of this Stipulation by the Court, FNBO:

     1.    Will withdraw its Motion Or Suggestion To Dismiss Purported Cross-Claim For Lack Of Subject Matter Jurisdiction Or In The Alternative For Leave To File Answer (Filing No. 136 hereinafter referred to as "the Motion"); and

2. May file the Answer to Cross-Claim which was attached to the Motion.

Dated this 20th day of September, 2010.

    First National Bank of Omaha, Defendant,

    By:/s/Thomas O. Kelley_____
      William F. Hargens (#16578)
      Thomas O. Kelley (#22667)
      McGrath North Mullin & Kratz, PC LLO
      Suite 3700 First National Tower
      1601 Dodge St.
      Omaha, Nebraska 68102
      Phone: (402) 341-3070
      Fax: (402) 341-0216
      whargens@mcgrathnorth.com
      tokelley@mcgrathnorth.com

      Attorneys for Defendant, First National
      Bank of Omaha

Maverick Feeders, Inc., Cross-Claimant,

    By:/s/Shawn M. Nichols_____
      Shawn M. Nichols
      Cadwell Sanford Deigbert & Garry, LLP
      200 East 10th Street, Suite 200
      Sioux Falls, SD  57104
      Phone: (605) 336-0828
      Fax:  (605) 336-3036
      snichols@cadlaw.com

      Attorney for Maverick Feeders, Inc., Shon
      Sawyer and Julie Sawyer

**CERTIFICATE OF SERVICE**

I certify that on the 20th day of September, 2010, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Mark D. Raffety
mraffety@dominalaw.com

Shawn M. Nichols
snichols@cadlaw.com

Jonathan C. Miesen
JCMiesen@stoel.com

                                                      /s/Thomas O. Kelley_____
                                                          Thomas O. Kelley