IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOL FINANCE COMPANY, | ) | 4:09CV3224 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PAUL JOHNSON & SONS CATTLE CO., INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| PAUL JOHNSON & SONS CATTLE CO., INC., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MAVERICK FEEDERS, INC., et al., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

   IT IS ORDERED that the stipulation filed by First National Bank of Omaha and Maverick Feeders, Inc., (filing 158) is approved.

   September 20, 2010.     BY THE COURT:

   *Richard G. Kopf*
   United States District Judge