IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOL FINANCE COMPANY, | ) | NO. 09-CV-3224 |
| | ) | Judge Kopf |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT P. JOHNSON and KERI J. MALOLEY, Individually and d/b/a PAUL JOHNSON & SONS CATTLE CO., INC., JOHN DOE, ABC COMPANY, and FIRST NATIONAL BANK OF OMAHA, | ) ) ) ) ) | |
| | ) | STIPULATION REGARDING |
| Defendants | ) | MAVERICK FEEDERS, INC.'S |
| | ) | SECOND MOTION TO AMEND ITS |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | ) | CROSS CLAIM AND |
| | ) | COUNTERCLAIM |
| PAUL JOHNSON & SONS CATTLE CO., INC., | ) ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MAVERICK FEEDERS, INC., a South Dakota corporation, SHON SAWYER and JULIE SAWYER, husband and wife, | ) ) ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| | ) | |

  First National Bank of Omaha ("FNBO") and Maverick Feeders, Inc. ("Maverick"), by and through their respective counsel, stipulate as follows:

  1. Maverick has filed a Second Motion to Amend Its Cross-Claim and Counterclaim (Filing No. 170) along with a proposed Amended Cross-Claim and Counterclaim (Filing No. 170-1)

  2. The proposed amendment was not drafted to assert any new or additional claims

against FNBO that were not asserted in Maverick's January 15 cross-claim.

3.      Maverick and FNBO therefore agree and stipulate that in the event the Court grants Maverick's motion (Filing No. 170), the corresponding order should not be construed as granting Maverick leave to assert a claim against FNBO for conspiracy to commit fraud or deceit.

4.      This stipulation is presented to clarify Maverick's position in regard to Filing No. 170-1 only, and should not be construed as having any other purpose. The parties reserve all rights under the Local Rules and the Federal Rules of Civil Procedure not inconsistent with this stipulation.

Dated this 8th day of October, 2010.

First National Bank of Omaha, Defendant,

By: /s/Thomas O. Kelley_____
William F. Hargens (#16578)
Thomas O. Kelley (#22667)
McGrath North Mullin & Kratz, PC LLO
Suite 3700 First National Tower
1601 Dodge St.
Omaha, Nebraska 68102
Phone: (402) 341-3070
Fax: (402) 341-0216
whargens@mcgrathnorth.com
tokelley@mcgrathnorth.com

Attorneys for Defendant, First National Bank of Omaha

Maverick Feeders, Inc., Cross-Claimant,

By: /s/Shawn M. Nichols_____
    Shawn M. Nichols
    Cadwell Sanford Deigbert & Garry, LLP
    200 East 10th Street, Suite 200
    Sioux Falls, SD  57104
    Phone: (605) 336-0828
    Fax:  (605) 336-3036
    snichols@cadlaw.com

    Attorney for Maverick Feeders, Inc., Shon Sawyer and Julie Sawyer

**CERTIFICATE OF SERVICE**

      I certify that on the 8th day of October, 2010, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Mark D. Raffety
mraffety@dominalaw.com

Shawn M. Nichols
snichols@cadlaw.com

Jonathan C. Miesen
JCMiesen@stoel.com

                                           /s/Thomas O. Kelley_____
                                                Thomas O. Kelley