IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOL FINANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3224 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT P. JOHNSON, individually and, | ) | MEMORANDUM AND ORDER |
| KERI J. MALOLEY, individually and, | ) | |
| JOHN DOE, ABC COMPANY, FIRST | ) | |
| NATIONAL BANK OF OMAHA, and | ) | |
| PAUL JOHNSON & SONS CATTLE CO., | ) | |
| Inc., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) A settlement conference before the undersigned magistrate judge is tentatively set to commence at 9:00 a.m. on December 15, 2010.

2) The unopposed oral motion of defendants Robert P. Johnson, Keri J. Maloley, and Paul Johnson & Sons Cattle Company to continue trial, (filing no. 216), is granted, and the trial of this case will commence at 9:00 a.m. on January 18, 2011. No more than four days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases, but is set as the **first civil case** for the January 18 trial week.

DATED this 19th day of November, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge