IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOL FINANCE COMPANY, | CASE NO. 4:09-CV-3224 |
| Plaintiff, | |
| vs. | CORPORATE DISCLOSURE STATEMENT OF FIRST NATIONAL BANK OF OMAHA |
| PAUL JOHNSON & SONS CATTLE CO., INC., FIRST NATIONAL BANK OF OMAHA, ROBERT P. JOHNSON and KERI J. MALONEY, JOHN DOE and ABC COMPANY, | |
| Defendants. | |
| PAUL JOHNSON & SONS CATTLE CO., INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| MAVERICK FEEDERS, INC., SHON SAWYER and JULIE SAWYER, | |
| Third-Party Defendants. | |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), First National Bank of Omaha, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as

unincorporated associations or similar entities.

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☒ This party has parent corporations

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: First National Bank of Omaha is a subsidiary of First National Bank of Nebraska, Inc.

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

    If yes, identify the members of the entity and their states of citizenship:

Dated this 23rd day of November, 2010.

                              FIRST NATIONAL BANK OF OMAHA.,
                              Defendant,


                              By: /s/Thomas O. Kelley
                                  William F. Hargens (NE Bar #16578)
                                  Thomas O. Kelley (NE Bar #22667)
                                  McGrath North Mullin & Kratz, PC LLO
                                  Suite 3700 First National Tower
                                  1601 Dodge St.
                                  Omaha, Nebraska 68102
                                  (402) 341-3070
                                  (402) 341-0216 fax
                                  whargens@mcgrathnorth.com
                                  tokelley@mcgrathnorth.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on the following via e-mail through the CM/ECF system this 23rd day of November, 2010:

David A. Domina
ddomina@dominalaw.com

Mark D. Raffety
mraffety@dominalaw.com

Shawn M. Nichols
snichols@cadlaw.com

Steven W. Sanford
ssanford@cadlaw.com

Jonathan C. Miesen
JCMiesen@stoel.com


                                              /s/Thomas O. Kelley
                                              Thomas O. Kelley