IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOL FINANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3224 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT P. JOHNSON, individually and, | ) | MEMORANDUM AND ORDER |
| KERI J. MALOLEY, individually and, | ) | |
| JOHN DOE, ABC COMPANY, FIRST | ) | |
| NATIONAL BANK OF OMAHA, and | ) | |
| PAUL JOHNSON & SONS CATTLE CO., | ) | |
| Inc., | ) | |
| | ) | |
| Defendants. | ) | |

As discussed during the pretrial conference held yesterday:

IT IS ORDERED:

1) Plaintiff's motion in limine, (filing no. 147), is denied as moot.

2) On or before January 15, 2011 at 5:00 p.m., the parties shall designate, by page and line, any deposition testimony they intend to offer as substantive evidence at trial. Any objections shall be served on or before January 17, 2011 at 5:00 p.m.

DATED this 13th day of January, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge