IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOL FINANCE COMPANY, | ) | 4:09CV3224 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PAUL JOHNSON & SONS CATTLE CO., INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the defendants' motions to exclude expert testimony (filings 143, 150) are granted in part and denied in part, as follows:

1. Harry Knobbe's testimony as an expert shall be limited to those matters which are stated in his Rule 26(a)(2)(B) report.

2. Dr. Scott Fausti shall not be permitted to testify as an expert.

3. In all other respects, the motions are denied.

4. To be clear, this ruling does *not* exclude the possibility that I would grant properly asserted objections during an expert's testimony at trial.

January 13, 2011.                BY THE COURT:

*Richard G. Kopf*
United States District Judge