IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOL FINANCE COMPANY, | ) | 4:09CV3224 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PAUL JOHNSON & SONS CATTLE CO., INC., FIRST NATIONAL BANK OF OMAHA, ROBERT P. JOHNSON, KERI J. MALOLEY, JOHN DOE and ABC COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| PAUL JOHNSON & SONS CATTLE CO., INC., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MAVERICK FEEDERS, INC., SHON SAWYER and JULIE SAWYER, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 256),

IT IS ORDERED that all funds deposited into the approved escrow account at First National Bank of Columbus opened and maintained pursuant to the court's temporary restraining order dated November 5, 2009 (filing 18), together with all accrued interest thereon, shall be immediately paid to Plaintiff, LOL Finance Company.

March 21, 2011.              BY THE COURT:

*Richard G. Kopf*
United States District Judge