IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOL FINANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3224 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT P. JOHNSON, individually | ) | MEMORANDUM AND ORDER |
| and, KERI J. MALOLEY, individually | ) | |
| and, JOHN DOE, ABC COMPANY, | ) | |
| FIRST NATIONAL BANK OF | ) | |
| OMAHA, and PAUL JOHNSON & | ) | |
| SONS CATTLE CO., Inc., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion to withdraw filed by Thomas O. Kelley as counsel of record on behalf of Defendant First National Bank of Omaha, (filing no. 272), is granted.

DATED this 31st day of March, 2011.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.