IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOL FINANCE COMPANY, | ) | 4:09CV3224 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PAUL JOHNSON & SONS CATTLE CO., INC., FIRST NATIONAL BANK OF OMAHA, ROBERT P. JOHNSON, KERI J. MALOLEY, JOHN DOE and ABC COMPANY, | ) | |
| Defendants. | ) | |
| PAUL JOHNSON & SONS CATTLE CO., INC., | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| MAVERICK FEEDERS, INC., SHON SAWYER and JULIE SAWYER, | ) | |
| Third-Party Defendants. | ) | |

IT IS ORDERED that Defendant First National Bank of Omaha's unopposed motion to extend deadline for objecting to entry of judgment (filing 292) is granted, and, accordingly, that:

1. Defendant First National Bank of Omaha shall have until Friday, April 15, 2011, to file any objection to the entry of judgment in this matter; and

2. Plaintiff LOL Finance Company shall have until Friday, April 29, 2011, to file any response to Defendant's objection.

April 6, 2011.            BY THE COURT:

*Richard G. Kopf*
United States District Judge