IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOL FINANCE COMPANY, | ) | 4:09CV3224 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PAUL JOHNSON & SONS CATTLE CO., | ) | |
| INC., FIRST NATIONAL BANK OF | ) | |
| OMAHA, ROBERT P. JOHNSON, KERI J. | ) | |
| MALOLEY, JOHN DOE and ABC | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| PAUL JOHNSON & SONS CATTLE CO., | ) | |
| INC., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MAVERICK FEEDERS, INC., | ) | |
| SHON SAWYER and JULIE SAWYER, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

IT IS ORDERED that Defendant First National Bank of Omaha's (second) unopposed motion to extend deadline for objecting to entry of judgment (filing 294) is granted, and, accordingly, that:

1.   Defendant First National Bank of Omaha shall have until Friday, April 22, 2011, to file any objection to the entry of judgment in this matter; and

2.   Plaintiff LOL Finance Company shall have until Friday, May 6, 2011, to file any response to Defendant's objection.

April 15, 2011.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge