IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOL FINANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3224 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT P. JOHNSON, individually | ) | ORDER |
| and, KERI J. MALOLEY, | ) | |
| individually and, JOHN DOE, ABC | ) | |
| COMPANY, FIRST NATIONAL | ) | |
| BANK OF OMAHA, and PAUL | ) | |
| JOHNSON & SONS CATTLE CO., | ) | |
| Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon oral application of LOL and First National Bank made on April 22, 2011, and on that day orally granted,

IT IS ORDERED that:

1.  Defendant First National Bank of Omaha shall have until Friday, April 29, 2011, to file any objection to the entry of judgment in this matter; and

2.  Plaintiff LOL Finance Company shall have until Friday, May 13, 2011, to file any response to Defendant's objection.

DATED this 25nd day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge