# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOL FINANCE COMPANY, | CASE NUMBER: 4:09-cv-3224 |
| Plaintiff, | |
| v. | **ORDER** |
| PAUL JOHNSON & SONS CATTLE CO., INC., FIRST NATIONAL BANK OF OMAHA, AND ROBERT P. JOHNSON, | |
| Defendants. | |

Pursuant to the joint stipulation by and between Defendant First National Bank of Omaha ("FNBO") and Plaintiff LOL Finance Company ("LOL") (Filing No. 333),

IT IS ORDERED that execution on the judgment entered by this Court on May 11, 2011 (Filing No. 305) by LOL be stayed as against Defendant FNBO during the pendency of FNBO's appeal of the above-captioned case to United States Court of Appeals for the Eighth Circuit. Execution on said judgment by LOL as against FNBO shall be stayed during such time without the need for a supersedeas bond by FNBO.

Dated: August 23, 2011        BY THE COURT:

*Richard G. Kopf*
United Sates District Judge