IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOL Finance Company | ) | Case No. 4:09cv3224 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER TO WITHDRAW |
| | ) | EXHIBITS |
| | ) | |
| Robert P. Johnson et al. | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

Plaintiff's, Defendant's and Third Party Defendant's exhibit numbers 1-7, 10-49, 53-58, 60, 63-64, 70, 73-75, 78-87, 89-95, 97, 101-105, 109, 300, 303-305, 308-310, 312, 377, 390-391, 406-425 and 428 from Jury Trial held on March 28, 2011 through April 1, 2011

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 25th day of July, 2012.

s/ Richard G. Kopf
Senior United States District Judge